**In the Matter of C.L.C., Minor.**

**No. ED 96065.**

Missouri Court of Appeals, Eastern District.

May 9, 2012.

John Ammann, St. Louis, MO, for appellant.

Renee Murphy, Farmington, MO, for respondent.

Before: GARY M. GAERTNER, JR., P.J., SHERRI B. SULLIVAN, J., and ROBERT M. CLAYTON, III, J.

## *ORDER*

PER CURIAM.

C.L.C.'s mother appeals from the trial court's judgment granting a petition for guardianship for C.L.C. filed by his grandmother. An opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed pursuant to Rule 84.16(b).